THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS ROGALL, Respondent, *v.* AARON JACOBY, as Sheriff of the County of Kings, Defendant; HOOD RUBBER PRODUCTS CO., INC., Appellant.

(Submitted March 1, 1934; decided March 20, 1934.)

*Hilbert I. Trachman* and *Paul Arnold* for appellant.

*Alvin A. Berg, Alexander Aaronson* and *Murray Feigenbaum* for respondent.

Order affirmed, without costs; no opinion. (See 264 N. Y. 688.)

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.